UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :     Criminal No. 09 CR – 122 (JLL)

          -vs-                                          :

                                          :     CONSENT ORDER

NORMAN BARNA,

      Defendant.                                   :

This matter being opened to the Court, the Honorable Jose L. Linares, United States District Judge, presiding, by Kalman Harris Geist, Esq., attorney for defendant; and the consent of the United States Attorney for the District of New Jersey, by Assistant United States Attorney Mark E. Coyne, appearing hereon; and defendant Norman Barna having had judgment entered against him, judgment # RG-061906, on March 25, 2009 as surety for an Appearance Bond executed by him in the amount of $300,000; and defendant having contracted to sell certain real estate in the County of Passaic against which said judgment appears as a lien; and defendant's wife, Carol Barna, the owner of record of real property commonly known as 12 Ravine Court, Clifton, New Jersey, deeded to her by Deed dated March 31, 1998, and recorded in the Office of the Passaic County Register on April 7, 1998 on page 103 of Volume 154, and the said Carol Barna having consented to judgment being entered against her in the amount of $300,000 to secure the Appearance Bond executed by defendant and having executed an agreement to forfeit property with the Clerk of this Court; and good and sufficient cause appearing;

It is on this      30th      day of April, 2009;

ORDERED that judgment #RG-061906 entered against Norman Barna on March 25, 2009 be and hereby is vacated and that judgment against Carol Barna be and hereby is entered in its place and stead.

_____
JOSE L. LINARES, USDCJ

We hereby consent to the form and
entry of the within Order.

UNITED STATES ATTORNEY FOR THE
DISTRICT OF NEW JERSEY

BY: _____
Mark E. Coyne
Assistant United States Attorney